

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00563-CV

Fire Chief Charles **HOOD**, in His Official Capacity Only,
Appellant

v.

Fernando **MUNOZ** and Edward Chacon,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16293
Honorable Norma Gonzales, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and judgment is RENDERED declaring that the vacancies in the positions held by Antonio Valencia, Lino Vallejo, and Richard Alva occurred on August 1, 2015, and Defendant Fire Chief Charles Hood did not violate Chapter 143 of the Texas Local Government Code in filling those vacancies. Costs of the appeal are taxed against appellees.

SIGNED December 5, 2018.

_____
Marialyn Barnard, Justice